**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6339

AINSWORTH C. JACKSON,

                                    Plaintiff - Appellant,

        versus

GEORGE SNYDER; FEDERAL BUREAU OF PRISONS,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:05-hc-00811-H)

Submitted:  August 24, 2007          Decided:  September 5, 2007

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ainsworth C. Jackson, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ainsworth C. Jackson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court.[*] <u>Jackson v. Snyder</u>, No. 5:05-hc-00811-H (E.D.N.C. Feb. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]We decline to adopt the reasoning of the district court to the extent it relies on the doctrine of res judicata, but note that related doctrines such as successiveness and the abuse of the writ doctrine support the district court's disposition of Jackson's petition. <u>See</u> <u>Zayas v. INS</u>, 311 F.3d 247, 256-58 (3d Cir. 2002).